## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAUL DISMUKES,
8 N. Howard Street, Apt. 707
Baltimore, MD. 21201

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS
810 Vermont Ave. NW,
Washington, DC 20420;

and

DENIS MCDONOUGH,
in his official capacity as Secretary of the
United States Department of Veterans Affairs,
810 Vermont Ave. NW
Washington, DC 20420,
    Defendants.

Case: 1:23-cv-02259 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/4/2023
Description: Pro Se Gen. Civ. (F-DECK)

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY TRIAL

1. Plaintiff Paul Dismukes, filing *pro se*, resides at 8 N. Howard Street, Apt. 707, Baltimore, MD. 21212.

2. Plaintiff files this Complaint for discrimination and retaliation under Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. 42 USC § 2000e, et seq. Plaintiff further files under 42 USC § 1981, and applicable state law human rights

RECEIVED

AUG - 4 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

statutes, including but not limited to Utah Antidiscrimination Act, Utah Code Ann. §34A-5-101 *et seq.*

3.  This Court has jurisdiction of Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

4.  Venue is proper in the District of Columbia because the employment records relevant to the practice at issue would be maintained or administered there, as the District of Columbia is the headquarters of the Agency.   See *42 U.S.C. § 2000e-5(f)(3)*.

5.  In or about the summer of 2021, Plaintiff applied in writing ("Application") for the employment position of Program Specialist, Vacancy Announcement Number: CBSY-11140287-21-MJP with the U.S. Department of Veterans Affairs ("Agency"), with the Agency's Salt Lake City Medical Center in Salt Lake City, Utah.

6.  Plaintiff's qualifications were unmatched for the position by any other applicant, given his two master's degrees in Social Policy and Public Administration, along with specific job experience in medical research, federal drug abuse policy implementation, teaching, and healthcare policy.

7.  However, Agency selected an alternative person for the Vacancy ("Selectee"), without ever considering Plaintiff's qualifications, even though Plaintiff met certification requirements.  Plaintiff learned that his Application was denied on August 5, 2021.

8.  The Selectee, upon information and belief, held far less academic qualifications and experience than Plaintiff by any objective measure.

9. Agency's refusal to even consider Plaintiff for the Vacancy, in spite of his clear qualifications, constituted unlawful discrimination against Plaintiff on behalf of his race (African-American), sex (male), and/or age at the time of application (51).

10. Agency's animus toward Plaintiff's race, sex, and/or age is evidenced by its treatment of Plaintiff's job applications for various positions at Agency over the past several years preceding the Application; for the majority of these applications, Plaintiff's qualifications were never considered. See e.g., EEO Complaint Agency No. 200P-V120-2021105415 (Plaintiff notified July 14, 2021 that he was not selected for Program Specialist/Telehealth hub position GS-301-11, announcement number CBSV-111-0-82-21-IST, in Boise, Idaho); EEO Complaint Agency No. 200P-0354-2021105423, Plaintiff notified July 18, 2021 that he was not he was not selected for the GS-9 Legal Administrative Specialist position, Vacancy Number 354-21-CG-11134933-BU).

11. Agency's animus toward Plaintiff also stems from prior litigation in which Plaintiff attempted to obtain remedies through the Equal Opportunity Employment Commission for behavior outlined in the previous paragraph. See ¶ 10, *supra*.

12. Plaintiff filed the instant claim based on his Application with the Equal Opportunity Commission on and received a decision in the matter on May 8, 2023, providing jurisdiction for this Complaint. *Attachment A.*

WHEREFORE, Plaintiff requests the following monetary relief, in excess of $75,000.00:

    A. Attorney's Fees;

    B. Backpay;

    C. Front pay;

    D. Punitive Damages;

    E. Compensatory Damages;

    F. Costs;

    G. Such other relief as this Court deems proper.

PAUL DISMUKES,
8 N. Howard Street, Apt. 707
Baltimore, MD. 21201
Dated: 8/04/2023
Plaintiff *pro se\**

*In order to preserve his filing date, Plaintiff has received assistance in drafting this complaint on a rush basis from the Law Office of Kerry J. Davidson, LLC, 300 E. Lombard Street, Suite 840-112, Baltimore, Maryland. 21202